UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIRO VALDIVIESO,<br><br>Defendant | ) Criminal No. 26cr10145<br>)<br>) Violations:<br>)<br>) Count One: Firearms Trafficking; Aiding and<br>) Abetting (18 U.S.C. §§ 933(a)(1) and 2)<br>)<br>) Count Two: Engaging in the Business of<br>) Dealing in Firearms Without a License<br>) (18 U.S.C. § 922(a)(1)(A))<br>)<br>) Forfeiture Allegation:<br>) (18 U.S.C. §§ 924(d)(1) and 934(a); 28 U.S.C.<br>) § 2461(c))<br>) |

INDICTMENT

COUNT ONE
Firearms Trafficking; Aiding and Abetting
(18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury charges:

From on or about February 6, 2026 through on or about March 29, 2026, in the District of

Massachusetts, the defendant,

JAIRO VALDIVIESO,

did ship, transport, transfer, cause to be transported, and otherwise dispose of one and more

firearms, including a Springfield Armory XD-3 model .45 caliber pistol bearing serial number

BA344047 and a Shadow Systems MR920 model 9mm caliber pistol bearing serial number

SSC138438, to another person in and otherwise affecting commerce, knowing and having

reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient

would constitute a felony (as defined in section 932(a)).

All in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

1

<u>COUNT TWO</u>
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury further charges:

From on or about December 30, 2025 through on or about March 29, 2026, in the District of Massachusetts, the defendant,

JAIRO VALDIVIESO,

not being a licensed importer, manufacturer, and dealer under the provisions of Title 18, United States Code, did willfully engage in the business of dealing in firearms, that is, a Bushmaster Firearm XM15-E2S model .223 caliber rifle with an obliterated serial number, a Springfield Armory XD-3 model .45 caliber pistol bearing serial number BA344047, and a Shadow Systems MR920 model 9mm caliber pistol bearing serial number SSC138438.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

2

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. §§ 924(d)(1) and 934(a); 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.    Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922 and 933, set forth in Counts One and Two, the defendant,

JAIRO VALDIVIESO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses, and pursuant to Title 18, United States Code, Section 934(a), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count One and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.   The property to be forfeited includes, but is not limited to, the following:

a.    Bushmaster Firearm XM15-E2S model .223 caliber rifle with an obliterated serial number;

b.    55 rounds of .223 caliber ammunition;

c.    Springfield Armory XD-3 model .45 caliber pistol bearing serial number BA344047;

d.    Four rounds of .45 caliber ammunition;

e.    Shadow Systems MR920 model 9mm caliber pistol bearing serial number SSC138438; and

f.    Nine rounds of 9mm caliber ammunition.

3

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 924(d)(1) and 934(a), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 924 and 934, and Title 28, United States Code, Section 2461.

4

A TRUE BILL



FOREPERSON

ALLEGRA K. FLAMM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MAY 6, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn Jr. 5/6/2026 @ 4:47pm

DEPUTY CLERK