**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston      **Category No.** II      **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 26-3109-JDH; 26-3170-JDH
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Below    [✓] Yes [ ] No

Defendant Name Jairo Valdivieso      Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: _____

Address: 148 Geneva Ave, Apt. 2, Dorchester, Massachusetts 02121

Birth date (Yr only): 2001    SSN (last 4#): _____    Sex: Male    Race _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Allegra K. Flamm      Bar Number if applicable: _____

**Interpreter:** [ ] Yes [✓] No      List language and/or dialect: _____

**Victims:** [ ] Yes [✓] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [✓] Indictment

**Total # of Counts:** [ ] Petty _____    [ ] Misdemeanor _____    [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓]   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/6/2026      Signature of AUSA: */s/Allegra K. Flamm*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jairo Valdivieso _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 933(a)(1) and 2 | firearms trafficking; aiding and abetting | 1 |
| Set 2 | 18 USC 922(a)(1)(A) | engaging in the business of dealing in firearms without a license | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related cases:

U.S. v. Harold Castillo-Rivera
U.S. v. Jairo Valdivieso
U.S. v. Elydes Zorrilla

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013